```
_____ FILED     _____ LODGED
                _____ RECEIVED

                JUN 13 2016

            CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                  DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

HOPKINS GROWTH FUND, L.L.C.,

          Plaintiff,

v.

WEST MOUNTAIN GOLF, LLC,

          Defendant,

and

RICHARD K. GETTY,

          Garnishee-Defendant.

CASE NO. MC16-5016BHS

ORDER DIRECTING ISSUANCE OF WRIT OF GARNISHMENT

Miscellaneous Action No.

THIS MATTER came before the Court on the Application for Writ of Garnishment (the "Application") of Hopkins Growth Fund, L.L.C. The Court considered the Application and finds good cause shown for the relief requested therein; now, therefore, it is hereby ORDERED that:

1. The Application is granted; and

2. The Writ of Garnishment shall be issued in accordance with the Application.

DONE EX PARTE this __13__ day of June, 2016.

_____
U.S. DISTRICT COURT JUDGE

---

ORDER DIRECTING ISSUANCE OF WRIT OF GARNISHMENT-1

19586 10th AVENUE NE, SUITE 300, POULSBO, WA 98370
P.O. BOX 2326, POULSBO, WA 98370
PHONE: (360) 779-6665   FAX: (866) 426-0623
mike@bohannonlaw.com   www.bohannonlaw.com

MICHAEL D. BOHANNON
ATTORNEY AT LAW · COMMERCIAL LAW · CREDITOR/DEBTOR MATTERS

```
 1 │ Presented by:
 2 │ MICHAEL D. BOHANNON, PLLC
 3 │ /s/ Michael D. Bohannon
   │ Michael D. Bohannon, WSBA #14274
 4 │ Michael D. Bohannon, PLLC
   │ P.O. Box 2326
 5 │ Poulsbo, WA 98370
   │ Telephone: 360-779-6665
 6 │ Fax: 866-426-0623
   │ Email: mike@bohannonlaw.com
 7 │ Attorney for Hopkins Growth Fund, L.L.C.
 8 │
 9 │
10 │
...
26 │
```

ORDER DIRECTING ISSUANCE OF WRIT OF GARNISHMENT-2

19586 10th AVENUE NE, SUITE 300, POULSBO, WA 98370
P.O. BOX 2326, POULSBO, WA 98370
PHONE: (360) 779-6665   FAX: (866) 426-0623
mike@bohannonlaw.com  www.bohannonlaw.com

